FILED

04/10/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0678

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 19-0678


SUNSET IRRIGATION DISTRICTK CAROLYN R.
MACK AND CHRISS A. MACK,

     Claimants and Appellees,


UNITED STATES OF AMERICA (FISH AND WILDLIFE
SERVICE); GLENDA F. ANDERSON; JIMMY A. ANDERSON;
JOHN ANDERSON; ROWDY ANDERSON,

     Objectors and Appellants.

---

## ORDER

---

UPON MOTION of the Objectors, with no objection from the Claimants, and with good cause appearing;

IT IS HEREBY ORDERED that the deadline for the filing of Objector's Brief is extended, with the new deadline for filing being July 15, 2020.


Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 10 2020